**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **IN RE:**<br>ANDREW & ANNE SERDULA<br>**Debtor.** | **CASE NO.:** 07-12836<br>**Chapter 13** |

### NOTICE OF VOLUNTARY CONVERSION
### FROM CHAPTER 13 TO CHAPTER 7

COME NOW, the Debtors, ANDREW & ANNE SERDULA, by Counsel and for their Notice to Convert his Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy, and in support thereof states as follows:

1. That on October 4, 2007, the aforesaid Debtors filed a Voluntary Petition under Chapter 13 of the US Bankruptcy Code, and relief was ordered.
2. That the Debtors have determined that a conversion to a Chapter 7 is in their best interest at this time.

WHEREFORE, the Debtors pray this Court convert this proceeding from a Chapter 13 to a Chapter 7 Bankruptcy.

/s/ ANDREW SERDULA
ANDREW SERDULA

/s/ANNE SERDULA
ANNE SERDULA

Respectfully submitted,
SCOTT H. DONOVAN, P.C.
/s/Scott H. Donovan
SCOTT H. DONOVAN, ESQUIRE
VSB #24592

### CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the foregoing, by first-class mail, postage pre-paid, this 10th day of May, 2011, to the US Trustee, Thomas Gorman and to Debtors.

/s/Scott H. Donovan
Scott H. Donovan, Esquire

SCOTT H. DONOVAN, PC
Attorney at Law
9402 GRANT AVENUE
MANASSAS, VIRGINIA 20110
(703) 257-1159
(703) 335-1620 FAX
ScottHDonovan@aol.com