IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**IN RE:**
ANDREW MICHAEL SERDULA
ANN SUE SERDULA
    **Debtors.**

**CASE NO.:** 07-12836-RGM
**Chapter 7**

## CERTIFICATION

COME NOW, the Debtors, ANDREW MICHAEL SERDULA and ANN SUE SERDULA, by Counsel and do certify as follows:

1. That there have been no unpaid debts incurred after the commencement of the superseded case in this matter.
2. That the lists, schedules and statements already filed, except as amended, in this matter accurately reflect the Debtors' financial affairs as of the date the case was converted.

        ANDREW MICHAEL SERDULA
        ANN SUE SERDULA
        By Counsel

Respectfully submitted,

SCOTT H. DONOVAN, P.C.

/s/Scott H. Donovan
SCOTT H. DONOVAN, ESQUIRE
VSB #24592

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the foregoing, by first-class mail, postage pre-paid, this 16th day of May, 2011, to the interested parties on the attached Matrix.

        /s/Scott H. Donovan
        Scott H. Donovan, Esquire

SCOTT H. DONOVAN, PC
Attorney at Law
9402 GRANT AVENUE
MANASSAS, VIRGINIA 20110
(703) 257-1159
(703) 335-1620 FAX
ScottHDonovan@aol.com

```
Label Matrix for local noticing          HSBC Mortgage Services                    (p)JEFFERSON CAPITAL SYTEMS LLC
0422-1                                   P.O. Box 21188                            PO BOX 7999
Case 07-12836-RGM                        EAGAN, MN 55121-0188                      SAINT CLOUD MN 56302-7999
Eastern District of Virginia
Alexandria
Mon May 16 13:47:43 EDT 2011

UST smg Alexandria                       eCAST Settlement Corporation              United States Bankruptcy Court
Office of the U. S. Trustee              POB 35480                                 200 South Washington Street
115 South Union Street, Suite 210        Newark, NJ 07193-5480                     Alexandria, VA 22314-5405
Alexandria, VA 22314-3361


ARROW FINANCIAL SERVICES, LLC            ASC                                       Alliance One Receivables Mgmt
 c/o Jefferson Capital Systems LLC       America's Servicing Company               PO Box  211128
PO BOX 23051                             PO Box  1820                              Saint Paul, MN 55121-2528
COLUMBUS GA 31902-3051                   Newark, NJ 07101-1820


America's Servicing Company              Arrow Financial Services                  (p)BB AND T
P.O. Box 37297                           21031 Network Place                       PO BOX 1847
Baltimore, MD 21297-3297                 Chicago, IL 60678-0001                    WILSON NC 27894-1847


Bank of America                          Beneficial                                Choice One Credit Union
PO Box  15726                            PO Box  17574                             101 Hazel Street
Wilmington, DE 19886-5726                Baltimore, MD 21297-1574                  Wilkes Barre, PA 18702-4305


Comcast                                  FIA Card Services aka Bank of America     GE Consumer
4391 Dale Blvd.                          by eCAST Settlement Corporation           PO Box  1206
Woodbridge, VA 22193-2401                as its agent                              Oaks, PA 19456-1206
                                         POB 35480
                                         Newark NJ 07193-5480


GE Money Bank                            HSBC Mortgage                             HSBC Mortgage Services
PO Box  981064                           PO Box  17580                             636 Grand Regency Boulevard
El Paso, TX 79998-1064                   Baltimore, MD 21297-1580                  Brandon, FL 33510-3942


JC Penney                                Lawrence D. Felder, PA                    NCO Financial Systems, Inc.
PO Box  27570                            1840 Southeast 1st Avenue                 PO Box  15740
Albuquerque, NM 87125                    Fort Lauderdale, FL 33316-2875            Wilmington, DE 19850-5740


Preferred Dental                         Sterling Credit Corporation               US Trustee
GE Consumer Finance                      716 N Bethlehem Park #301                 115 S. Union Street #206
PO Box 960061                            Ambler, PA 19002-2656                     Alexandria, VA 22314-3317
Orlando, FL 32896-0061


Verizon                                  Wentworth Gallery                         eCAST Settlement Corporation assignee of
PO Box 17464                             PO Box  6403                              GE Money Bank/JC Penney Consumer
Baltimore, MD 21297-1464                 Carol Stream, IL 60197-6403               POB 35480
                                                                                   Newark NJ 07193-5480
```

| | | |
|---|---|---|
| eCAST Settlement Corporation assignee of<br>Household Finance Corporation/Beneficial<br>POB 35480<br>Newark NJ 07193-5480 | Andrew Michael Serdula<br>12332 Iona Sound Drive<br>Bristow, VA 20136-1920 | Anne Sue Serdula<br>12332 Iona Sound Drive<br>Bristow, VA 20136-1920 |
| Richard A. Bartl<br>Tyler, Bartl, Ramsdell & Counts, P.L.C.<br>300 North Washington Street, Suite 202<br>Alexandria, VA 22314-2530 | Scott H. Donovan<br>9402 Grant Avenue<br>Manassas, VA 20110-5511 | W. Clarkson McDow, Jr. 11<br>Office of the U.S. Trustee<br>115 South Union Street<br>Alexandria, VA 22314-3317 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 23051<br>COLUMBUS, GA 31902-3051 | BB&T Bankruptcy<br>P O Box 1847<br>Wilson, NC 27894 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 23051<br>COLUMBUS GA 31902 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)America's Servicing Company | (u)America's Servicing Company, as Service | (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38