# UNITED STATES BANKRUPTCY COURT
## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In the Matter of:** | **Chapter 13** |
| **ANDREW MICHAEL SERDULA** | |
| **AND** | |
| **ANNE SUE SERDULA** | |
| | **Case No. 07-12836-RGM** |
| **Debtors** | |

### CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE

On November 13, 2007 the Office of the Chapter 13 Trustee for this Court hereby certifies that Andrew Michael Serdula and Anne Sue Serdula completed a course on personal financial management given by this office which is a provider approved pursuant to 11 U.S.C. 111 to provide instructional courses concerning personal financial management in the Alexandria Division of the Eastern District of Virginia.

Dated: November 19, 2007                         __/s/ Gerald M. O'Donnell_____
                                                 Gerald M. O'Donnell
                                                 Chapter 13 Trustee
                                                 211 N. Union Street, Ste. 240
                                                 Alexandria, VA 22314
                                                 (703) 836-2226
                                                 VSB 7930